No. 5712.—López, apldo., *v.* Quiñones, aplte.—C. D. San Juan.               Julio 22, 1931.

(Por la corte, a propuesta del Juez Asociado Sr. Wolf.)

Por cuanto, Candelario Quiñones, el demandado y apelante en este caso, falleció el 2 de julio, 1930;

Por cuanto, el abogado que lo representaba informa haber practicado gestiones infructuosas para notificar a los herederos del apelante a fin de que ellos prosigan la presente apelación;

Por cuanto, en ley dicho abogado no tiene hoy la representación de la sucesión del demandado;

Por cuanto, es el deber de la parte apelada traer a esta corte a los herederos del demandado para que este tribunal

adquiera la facultad de resolver sobre la moción de desestimación;

Por tanto, se declara sin lugar esa moción.